UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:17-cv-10453-LTS

CITY OF BOSTON INSPECTIONAL
SERVICES DEPARTMENT
*Plaintiff,*

v.

HELEN CAMERON
*Defendant*

CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

In accordance with the Court's Order Remanding Case (CM/ECF No. 5) issued on March 21, 2017, this case is hereby dismissed and closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT COURT

March 22, 2017